# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Betty Pow, Geraldine Conroy, Edna Houck,
Marilyn Plemmons, Nancy Kafina, Mary
Bertlshofer,

                Plaintiffs,                Civil No. 05-2698 (RHK/JSM)

vs.                           **DISQUALIFICATION AND
ORDER FOR REASSIGNMENT**

Wyeth, d/b/a Wyeth Pharmaceuticals,
d/b/a Wyeth, Inc., Pfizer, Inc., Bristol-
Myers Squibb Company, Watson
Laboratories, Inc., Geenstone, Ltd., Parke
David & Co., LLC, a division of
Warner-Lambert, Solvay Pharmaceuticals,
Inc.,

                Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated February 10, 2003, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.  The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  December 20, 2005

                                   s/Richard H. Kyle        
                                   RICHARD H. KYLE
                                   United States District Judge